NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1110

SUNDAY GUIDRY, ET AL.

VERSUS

THE GATES CORPORATION, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 71852
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell,
Judges.

Peters, J., concurs in the result.

Ezell, J., concurs in the result.

AFFIRMED.

Paulin J. Laborde, Jr.
Laborde Law Firm
P. O. Box 80098
Lafayette, LA 70598-0098
(337) 261-2617
Counsel for: Plaintiffs/Appellees
    Sunday Guidry, et al.

**Craig Robert Nelson**
**Ward Nelson, L.L.C.**
**1539 Jackson Ave., 6th Floor**
**New Orleans, LA 70130**
**(504) 561-5000**
**Counsel for: Defendant/Appellant**
      **The Gates Corporation**

**Dennis Joseph Vidrine**
**Vidrine & Vidrine**
**2701 Johnston St., Suite 230**
**Lafayette, LA 70503**
**(337) 233-5195**
**Counsel for: Plaintiffs/Appellees**
      **Sunday Guidry, et al.**

**D. John Leger**
**Leger & Burke**
**5718 Westheimer, Suite 1525**
**Houston, TX 77057-5832**
**(713) 781-5932**
**Counsel for: Plaintiff/Appellee**
      **Sunday Guidry, et al.**